# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.

CAROLINA AMESTY

Case No. 6:25-mj-1031-RMN

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time by Which Indictment/Information Must be Filed (Dkt. 11), filed February 3, 2025. The parties jointly request an order under 18 U.S.C. § 3161(b) extending the deadline for the return of the indictment or information in this matter through and including April 21, 2025. Dkt. 11 at 1. Defendant has executed a waiver of the speedy indictment or information period through that date. Dkt. 11-1.

Based on the representations in the motion, the Court finds there is good cause to extend the deadline for the return of an indictment or information in this matter and that an extension of the deadline best serves the interests of justice. The time authorized by this order is excludable under 18 U.S.C. § 3161(h)(7)(A).

- 2 -

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. The parties' Joint Motion for Extension of Time by Which Indictment/Information Must be Filed (Dkt. 11) is **GRANTED**;

2. Absent a further order, the United States shall return the indictment or information in this matter on or before April 21, 2025; and

3. All time from January 21, 2025 through April 21, 2025 is tolled under 18 U.S.C. § 3161(b) and (h)(7).

**DONE** and **ORDERED** in Orlando, Florida, on February 5, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:
Counsel of Record